### STATE

v.

### James FOREMAN.

### No. 79–519–C.A.

Supreme Court of Rhode Island.

Jan. 4, 1980.

Dennis J. Roberts II, Atty. Gen., Stephen R. Famiglietti, Special Asst. Atty. Gen., for plaintiff.

### ORDER

The motion to be appointed counsel for defendant is denied without prejudice to its being renewed after the record herein has been docketed in this court.

DORIS, J., did not participate.

### STATE

v.

### Genice HANNON.

### No. 79–112–C.A.

Supreme Court of Rhode Island.

Jan. 4, 1980.

Dennis J. Roberts II, Atty. Gen., for plaintiff.

### ORDER

The Public Defender's motion to withdraw as counsel for defendant in this appeal is granted.

DORIS, J., did not participate.

### STATE

v.

### Gerlardo MASTRACCHIO.

### No. 79–438–C.A.

Supreme Court of Rhode Island.

Jan. 4, 1980.

Dennis J. Roberts II, Atty. Gen., for plaintiff.

Dale G. Anderson, Janice M. Weisfeld, Asst. Public Defenders, for defendant.

### ORDER

The defendant's motion for permission to file a 58 page brief herein is granted.

DORIS, J., did not participate.